[No. 36466-2-II. Division Two. March 10, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS WALTER DECLUE, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 06-1-00861-5, Jill M. Johanson, J., entered May 24, 2007. *Affirmed in part* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, C.J., and Penoyar, J.

[No. 36544-8-II. Division Two. March 10, 2009.]

DENNIS LANE ET AL., *Appellants*, v. SKAMANIA COUNTY, *Defendant*, LAWRENCE L'HOMMEDIEU ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Skamania County, No. 03-2-00082-7, E. Thompson Reynolds, J., entered May 31, 2007. *Affirmed in part* and *reversed in part* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Armstrong, JJ.

[No. 36683-5-II. Division Two. March 10, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. NICCOLE MARIE CHARLES, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 07-1-00238-2, Kenneth D. Williams, J., entered August 24, 2007. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, A.C.J., and Bridgewater, J.

[No. 36932-0-II. Division Two. March 10, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL TODD TRAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 06-1-02117-7, John P. Wulle, J., entered October 22, 2007. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, A.C.J., and Bridgewater, J.